# Third District Court of Appeal

## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-376
Lower Tribunal No. 20-2294

————————————

**Manuel Fernandez,**
Appellant,

vs.

**CALLSAL, LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Mesa Litigation & Legal Consulting, P.A., and Carlos A. Mesa, for appellant.

No Appearance, for appellees.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.